# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-2385
L.T. Case No: 2017-012269-FMDL
2023-031941-FMCI
2023-105186-MMDL

_____

TERA B. LAU,

  Petitioner,

  v.

CHRISTIAN D. PRESTON,

  Respondent.

_____

Petition for Writ of Prohibition.
Christopher Anthony France, Respondent Judge.

Tera B. Lau, Deltona, pro se.

No Appearance for Respondent.

September 24, 2025

PER CURIAM.

  DISMISSED.

ROBERTS, M.K. THOMAS AND TREADWELL, JJ., Associate Judges
concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____